UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VALERIE ANDERSON,

    Plaintiff

v.

SOUTHWEST CREDIT
SYSTEMS, L.P., *et al.*,

    Defendants.
_____/

Case No. 2:17-CV-10784
District Judge Sean F. Cox
Magistrate Judge Anthony P. Patti

## **ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DEPOSITION OF DEFENDANTS (DE 17) AS MOOT**

This matter is before the Court for consideration of Plaintiff's Motion to Compel Deposition of Southwest Credit Systems, L.P., Trigon Investors, LLC, and Trigon Capital, L.P. (DE 17), Defendants' response in opposition (DE 19), and Plaintiff's reply (DE 121). The motion was referred to me on July 26, 2017 pursuant to 28 U.S.C. § 636(b)(1)(A). (DE 18.) The Court held telephonic status conferences with the parties regarding Plaintiff's motion on September 8, 2017 and September 15, 2017. On September 26, 2017, the Court was informed that the parties had reached a settlement, with final papers to be submitted no later than October 31, 2017. (DE 31.) Accordingly, Plaintiff's motion is **DENIED AS MOOT**. (DE 17.)

**IT IS SO ORDERED.**

Dated: October 3, 2017
s/Anthony P. Patti
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

**Certificate of Service**

I hereby certify that a copy of the foregoing document was sent to parties of record on October 3, 2017, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti